UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 4:26-cv-00574

**Michael Jones,**
*Plaintiff,*
v.
**McLennan County,**
*Defendant.*

# ORDER

Plaintiff, proceeding pro se, brought this civil-rights lawsuit. Doc. 1. The case was referred to a magistrate judge, who issued a report recommending that the court dismiss plaintiff's case without prejudice for failure to prosecute. Doc. 7. Plaintiff did not file objections to that report, submit a standard 42 U.S.C. § 1983 form, pay the filing fee, or submit a form application for prisoners to proceed in forma pauperis, together with a certified in forma pauperis data sheet.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The case is dismissed without prejudice. Any pending motions are denied as moot.

*So ordered by the court on September 10, 2026.*

J. CAMPBELL BARKER
United States District Judge